■ In the Matter of KANIYA T. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; LATOYA T., Appellant. [935 NYS2d 266]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ In the Matter of SUSAN HARTMAN, Appellant, v RICHARD C. HARTMAN, JR., Respondent. [938 NYS2d 494]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Fahey, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ ART CAPITAL PARTNERS, LP, et al., Respondents, v TYCO ACQUISITION CORP. XVIII, Now Known as MA/COM TECH HOLDINGS, INC., et al., Appellants. [934 NYS2d 903]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Peradotto, J.P., Lindley, Green and Gorski, JJ.